UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................

DAVID McFADDEN,

                Petitioner,

-against-

DALE HARRIS, Superintendent,
Clinton Correctional Facility,

                Respondent.

..................................................................

**O R D E R**

CV-08-2739 (CBA)

AMON, J.

The Court has reviewed a letter from the above-captioned petitioner complaining about the conditions of his confinement.

The Court has jurisdiction over his pending habeas corpus petition because his conviction was in Queens, New York within the Eastern District of New York. It has no jurisdiction to address complaints about his pending incarceration in Attica, New York.

If he wishes to file a complaint as to those matters, it must be filed in the U. S. District Court for the Western District of New York.

SO ORDERED.

Dated: Brooklyn, New York
       January 15, 2010

                                            /S/
                               Carol Bagley Amon
                               United States District Judge

cc:   David McFadden
       DIN: 04 A 4088
       Attica Correctional Facility
       Box 149
       Attica, NY 14011-0149